UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY ARMES,<br><br>               Plaintiff,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br>et al.,<br><br>               Defendants. | 1:16-cv-01847-GSA (PC)<br><br>**ORDER GRANTING PLAINTIFF'S<br>REQUEST FOR EXTENSION OF<br>TIME<br>(ECF No. 12.)**<br><br>**ORDER FOR CLERK TO MAIL<br>COPY OF ENTIRE COMPLAINT TO<br>PLAINTIFF<br>(ECF No. 1.)**<br><br>**SIXTY (60)-DAY DEADLINE TO<br>FILE AMENDED COMPLAINT** |

Plaintiff is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this Complaint commencing the action on November 29, 2016. (ECF No. 1.)

On November 17, 2017, Plaintiff filed a notice of change of address, together with a request for extension of time and a request for copies. (ECF No. 12.) Plaintiff requests a 90-day extension of time to file an amended complaint, pursuant to the court's order of September 15, 2017. Plaintiff also requests copies of his original complaint and the last ruling by the court in this case. Plaintiff asserts that he was recently transferred and suffered the loss of most of his legal documents.

The court finds good cause to grant Plaintiff a 60-day extension of time and send him a copy of his original Complaint.[1]  The last ruling in this case was an order issued on November 3, 2017, granting Plaintiff a 30-day extension of time to file the amended complaint.  (ECF No. 11.)  In light of the present order, the prior order granting an extension of time is moot, and the court finds good cause to send Plaintiff a free copy of it.[2]

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff is granted **60 days** from the date of service of this order in which to file an Amended Complaint, pursuant to the court's order of September 17, 2017; and

2.      The Clerk of Court is directed to send Plaintiff a copy of his entire original Complaint, filed on November 29, 2016 (ECF No. 1).


IT IS SO ORDERED.

Dated:  __**December 11, 2017**__                    _____**/s/ Gary S. Austin**_____
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The court is sending Plaintiff a free copy of his Complaint as a one-time courtesy.  Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties.  The Clerk charges $.50 per page for copies of documents.  See 28 U.S.C. § 1914(a).  Copies of up to twenty pages may be made by the Clerk's Office at this court upon written request, prepayment of the copy fees, and submission of a self-addressed envelope with sufficient postage affixed.  The fact that the court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the court.  Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge.  Plaintiff was advised in this court's First Informational Order issued on December 8, 2016, that "[i]f a party wants a file−stamped copy of a document returned for the party's own benefit, a copy for that purpose and a pre−addressed, pre−paid postage envelope must be included. The Court will not make copies of filed documents or provide postage or envelopes for free even for parties proceeding in forma pauperis."  (First Informational Order, ECF No. 6 at 2:5-7.)

[2] The prior order granting Plaintiff an extension of time to file the amended complaint was served upon Plaintiff at his address of record, on November 3, 2017.  (ECF No. 11.)